# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK WHEAT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. LEE, et al.,<br><br>　　　　　　　　　　Defendants. | C 12-06299 EMC<br><br>[~~PROPOSED~~] ORDER CONTINUING SETTLEMENT CONFERENCE<br><br>Judge:　The Honorable Maria-Elena James |

Based upon the Joint Stipulation to Continue the Settlement Conference, the settlement conference scheduled for September 24, 2013, is continued to **October 29, 2013, at 10:00 a.m.**

IT IS SO ORDERED.

Dated: July 10, 2013

_____
The Honorable Maria-Elena James

SPS:dd
SD2013804601
80788720.doc

# CERTIFICATE OF SERVICE

Case Name:   <u>D. Wheat v. A. Lee, et al.</u>          No.   <u>C 12-06299 EMC</u>

I hereby certify that on <u>July 9, 2013,</u> I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER CONTINUING SETTLEMENT CONFERENCE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 9, 2013</u>, at San Diego, California.

|  |  |
|---|---|
| D. Daswani<br>Declarant | _____<br>Signature |

80789470.doc