# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| DEREK WHEAT,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>A. LEE, et al.,<br><br>　　　　　　　　Defendants. | Case No. C 12-06299 EMC<br><br>**ORDER GRANTING MOTION TO EXCUSE PERSONAL APPEARANCE OF DEFENDANTS AND STAFF COUNSEL AT SETTLEMENT CONFERENCE** |

Defendants requested that the Court excuse the personal appearance of Defendants and staff counsel and to permit staff counsel to appear telephonically at the settlement conference on October 29, 2013. Good causing appearing, the Court **GRANTS** Defendants' application. Staff counsel may appear telephonically on behalf of Defendants at the settlement conference, and Defendants Lee and Gibson are excused from appearing.

**IT IS SO ORDERED.**

Dated:　oOctober 4, 2013　　　By: _____
　　　　　　　　　　　　　　　　　The Honorable Maria-Elena James
　　　　　　　　　　　　　　　　　Magistrate Judge

1