**United States District Court**
**For the Northern District of California**

1
2
3
4
5           IN THE UNITED STATES DISTRICT COURT
6           FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8  DEREK WHEAT,                                          No. C 12-06299 EMC
9           Plaintiff,                                   **ORDER OF DISMISSAL**
10    v.
11  ALBERT LEE,
12           Defendant.
                                              /
13
14
15     The Parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this cause,
16
17     IT IS HEREBY ORDERED that this cause be dismissed with prejudice; provided, however, that if any party hereto shall certify to this Court, with proof of service of a copy to opposing counsel, within sixty (60) days from the date of this order, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.
18
19
20
21
22
23  Dated: 11/05/2013                        _____
                                             EDWARD M. CHEN
24                                           UNITED STATES DISTRICT JUDGE
25
26
27
28

